**Richard MUSGRAVE, Respondent,**

v.

**JACKSON COUNTY, Missouri,
Appellant.**

**No. WD 59045.**

Missouri Court of Appeals,
Western District.

March 6, 2001.

Kathleen Kedigh, Kansas City, for appellant.

Patrick Burwell Starke, Blue Springs, for respondent.

Before Presiding Judge, LAURA DENVIR STITH, Judge SMART, and Judge, HOWARD.

**ORDER**

PER CURIAM.

Jackson County appeals the Labor and Industrial Relations Commission's award of worker's compensation benefits to Richard Musgrave. The Commission found that Mr. Musgrave sustained a hip injury in an automobile accident in the course and scope of his employment with the County's

Sheriff's department and that he timely notified the County of this injury. The County argues on appeal that Mr. Musgrave failed to timely notify it of his injury and that the findings of a causal connection between the injury and the accident are against the overwhelming weight of the evidence. We affirm the Commission's award. Rule 84.16(b).